# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| THOMAS T., | : | Case No. 3:22-cv-00071 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This Social Security case is presently before the Court on the parties' Joint Motion for Remand. (Doc. 10.) The parties agree that this Court should enter a judgment in favor of Plaintiff, reversing the Commissioner's decision under Sentence Four of 42 U.S.C. § 405(g), with remand of the cause to the Commissioner for further administrative proceedings consistent with this motion. The parties further agree that upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act and then issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion for Remand (Doc. No. 10) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:   August 8, 2022 　　　　　　　　　　　　　　　　　　s/Thomas M. Rose
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge